# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABELARDO MARTINEZ, JR., an individual, and BRITTNEY MEJICO, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>PERL MORTGAGE, INC., an Illinois corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 5:18-cv-02387-AB-KK<br>Honorable Judge André Birotte Jr.<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: October 9, 2018 |

1  The Court, having considered the parties' Stipulation for Dismissal Pursuant to
2  Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with
3  prejudice Plaintiff's Complaint in the above-entitled action.  Each party shall bear its
4  own costs and attorneys' fees.

6  IT IS SO ORDERED.

8  Dated: February 20, 2019          By: _____
                                           Hon. André Birotte Jr.
                                           United State District Judge

- 1 -
**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**